# Court of Appeals
# of the State of Georgia

ATLANTA, April 1, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0922. JOHN ROONEY v. THE STATE**

John Thomas Rooney has filed several appeals in this Court seeking to overturn his 1995 convictions and 50 year sentence entered upon a guilty plea to charges of rape, aggravated sodomy, aggravated sexual battery and three counts of battery. In Appeal No. A00A2387, this court affirmed the denial of Rooney's motion for an out-of-time appeal by unpublished opinion. See *Rooney v. State*, 248 Ga. App. XXVII (2001) (Case No. A00A2387). Including the 2001 case, this Court has affirmed or dismissed at least eight other appeals by Rooney regarding this conviction and sentence: Case Nos. A00A2387 (affirmed); A02A1640 (dismissed); A02A1641 (affirmed); A06A0616 (dismissed); A06A1032 (dismissed); A07A1192 (dismissed); A11A1316 (affirmed in *Rooney v. State*, 311 Ga. App. 376 (715 SE2d 780) (2011)); A12A0994 (dismissed).

The present appeal is from the denial of Rooney's third motion for out-of time appeal, in which he argues, as he did in his previous motions, that he was not advised of his statutory right to direct appeal and his right to appointed counsel on appeal. Because Rooney is not entitled to make multiple challenges to the jurisdictional validity of his convictions and sentences in the trial court, and because Rooney has clearly exhausted or otherwise waived all rights he may have had to seek appellate review of his convictions and sentences by direct appeal, this direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, April 1, 2013*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*